UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

———

No. 6:25-cv-00197

———

**Zachery Sellars,**
*Plaintiff,*

v.

**Bulldog Marine & Construction, Inc., et al.,**
*Defendants.*

———

# ORDER

Plaintiff brought this lawsuit for violations of the Fair Labor Standards Act and breach of contract. Doc. 17 at 7–8. The case was referred to a magistrate judge (Doc. 5), who issued a report recommending that the court grant plaintiff's motion for default judgment. Doc. 30 at 7. After conducting a separate hearing on damages (*see* Docs. 35, 36), the magistrate judge issued a supplemental report and recommendation on damages. Doc. 38. No objections were filed for either report.

When there have been no timely objections to a report, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment. Having reviewed the record and being satisfied that there is no clear error, the court accepts the reports' findings and recommendations. Plaintiff's motion for default judgment (Doc. 29) is granted. Any pending motions are denied as moot.

*So ordered by the court on May 27, 2026.*

J. CAMPBELL BARKER
United States District Judge

- 1 -